Patrick G. Byrne (Nevada Bar No. 7636)
pbyrne@swlaw.com
Erica J. Stutman (Nevada Bar No. 10794)
estutman@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

ROBERT C. KELLEY and SALLY KELLEY, husband and wife,

*Plaintiffs,*

vs.

GENUINE TITLE, BANK OF AMERICA, BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST CENTENNIAL TITLE CO. OF NEVADA aka JLM TITLE CO., LLC, MET LIFE GROUP, INC., JOHN L. MATTHEWS, TIMOTHY BARTOSH, AMERICA'S SERVICING COMPANY,

*Defendants.*

Case No. 3:10-cv-00192-RCJ-VPC

**DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF FILING NOTICE OF TAG-ALONG ACTIONS WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), through its undersigned attorneys, hereby notifies this Court that on April 8, 2010, MERS filed a Notice of Tag-Along Actions ("Notice") with the Judicial Panel on Multidistrict Litigation ("the MDL Panel") pursuant to Rule 7.2(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation for this and two other actions. As required by J.P.M.L. Rule 5.12, a copy of the Notice is attached.

DATED: April 9, 2010

SNELL & WILMER L.L.P.

By: /s/ Erica J. Stutman
PATRICK G. BYRNE, ESQ. (NV Bar # 7636)
ERICA J. STUTMAN, ESQ. (NV Bar # 10794)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2010, I electronically filed the foregoing MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF FILING NOTICE OF TAG-ALONG ACTIONS WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re:**<br><br>**MERS Litigation** | **MDL Docket No. 2119** |

**NOTICE OF TAG-ALONG ACTIONS**

Pursuant to Rules 7.4 (b) and 7.5 (e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS") hereby notify the Clerk of the Judicial Panel on Multidistrict Litigation ("the Panel") of the following three additional "tag-along actions" recently filed in the United States District Court for the District of Nevada on behalf of individual plaintiffs.

- *Robert J. Funk v. Washington Mutual Bank, F.A., et al.*, Case No. 3:10-cv-00182-RCJ-VPC (The *Funk* Complaint, without exhibits, is attached as Exhibit A.)

- *Duane J. Sanchez v. Homecoming Financial Network, Inc, et al.*, Case No. 3:10-cv-00184-RCJ-VPC (The *Sanchez* Complaint, without exhibits, is attached as Exhibit B.)

- *Robert C. Kelley, et al. v. America's Servicing Company, et al.*, Case No. 3:10-cv-00192-RCJ-VPC (The *Kelley* Complaint, without exhibits, is attached as Exhibit C.)

The liability alleged in these three tag-along actions is predicated on theories related to the operation or formation of MERS, and thus they involve common questions of fact.[1] Accordingly, MERS respectfully requests that the Panel utilize its transfer procedures to transfer these actions to the District of Arizona.

April 8, 2010

Respectfully submitted,

By [signature] (for RMB w/ permission)

Robert M. Brochin
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Tel: 305-415-3456
Fax: 305-415-3001
rbrochin@morganlewis.com

*Attorney for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

---

[1] On December 7, 2009, the Panel found that the Putative Class Actions involve "common questions of fact and that centralization under Section 1407 in the District of Arizona will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." Certified MDL Transfer Order ("Transfer Order") at 2. Specifically, the Panel found that "[t]his litigation concerns the MERS system, an electronic mortgage registrations system and clearinghouse that tracks beneficial ownership interests in, and servicing rights to, mortgage loans. Plaintiffs allege, *inter alia*, that the members and/or shareholders of MERSCORP and its subsidiary MERS conspired to establish the MERS system—an electronic system for registering mortgages—as a means by which to intentionally hide from plaintiffs the true identity of the actual beneficial owners of negotiable promissory notes. All actions arise, in part, from allegations concerning the formation and operation of the MERS system. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings (including with respect to class certification), and conserve the resources of the parties, their counsel and the judiciary. All actions possess a common factual core regarding allegations that the various participants in MERS formed a conspiracy to commit fraud and/or that security instruments are unenforceable or foreclosures are inappropriate due to MERS' presence as a party." *Id.* Likewise, these three actions also involve common questions of fact in that alleged liability in these actions is predicated on theories related to the operation or formation of MERS.

**PROOF OF SERVICE**

I, Robert M. Brochin, hereby certify that on April 8, 2010, the original and three copies of the foregoing NOTICE OF TAG-ALONG ACTIONS were filed with the Judicial Panel on Multidistrict Litigation. I further certify that a copy of the foregoing Notice was served via Electronic Mail on each of the parties listed below, and that a copy was served via First-Class Mail on each of the parties listed on the October 20, 2009 Panel Service List who do not indicate an email address. A copy of the October 20th Panel Service List is attached hereto.

**PARTIES SERVED BY ELECTRONIC MAIL:**

**Email: howard.cayne@aporter.com**
Federal Housing Finance Agency

**Email: kchen@reedsmith.com**
Deutsche Bank; MortgageIT, Inc.

**Email: redwards@omm.com**
Ocwen Loan Servicing, LLC

**Email: jfink@wrightlegal.net**
Aztec Foreclosure Corp.; National Default Servicing Corp.

**Email: brian.m.forbes@klgates.com**
Litton Loan Servicing, LP

**Email: office@hagerhearnelaw.com**
Aguilar, Nellie; Anderson, Dean; Anderson, Samantha P.; Andrews, Emily; Apolinar, Jose Aurelio; Apolinar-Lopez, Aurelio; Arevalo, Jesus L.; Arevalo, Joaquin; Aufiero, Richard; Aufiero, Sylvia T.; Ballengee, Christopher L.; Barba, Linda R.; Barron, David A.; Barron, Marcella A.; Beauchemin, Leslie; Beauchemin, Richard; Beekhoff, Peter M.; Bell, James V.; Bennett, Justin; Bennett, Nancy E.; Benson, John S.; Blake, Joan; Branca, Valerie R.; Brenes, Ramiro M.; Burson, Betty J.; Casas, Jose Trinidad; Casas, Maria C.; Castillo, Sr., Manuel C.; Celone, Karen L.; Cheney, Darrin; Cheney, Lisa; Cortez, Oscar G.; Coslow, Daniel; Cousins, Harry R.; Dahl, David Douglas; Dahl, Kay; Dalton, Lacy J.; Diaz, Rosa M.; Diaz, Sergio; Dimino, Charles A.; Dimino, Kimberly A.; Dintchev, Dimitri O.; Dismuke, Darren; Domdovari, Krisztina; Epps, Michael T.; Evenson, Michellina; Evenson, Tyrone; Feemster, Darryl J.; Feemster, Vivian M.; Filiatreau, Thomas G.; Filiatreau, Vicki S.; Flagg, Charles; Flagg, Cynthia; Frankoski, Patrick; Gabel, Heather; Gannon, Janice; Garcia, Gustavo; Goodwin, Aleta Rose; Granados, Casimiro Jimenez; Graves, Lyndon B.; Gray, Bryan; Gray, Helen; Green, Joseph; Hammitt, Joni Ann; Harmon, Carleen; Hearne, Treva J.; Hembree, Charlene E.; Hembree, Gary W.; Horton, Pamela; Hutler, David; Jacinto, Zenaido; Johnson, Neil M.; Jones, Brian E.; Jones, Joseph; Jones, Meisa; Kaur, Varinder; Kelley, Robb C.; King, Carol A.; King, Timothy L.; Kinney, Holly A.; Klutz, William Dan; Koschella, James M.; Koschella, Teresa R.; Larkins, Gabriel; Larkins, John E.; Larkins, Margarita; Leonard, Maria R.; Lopez, Jennifer; Lopez, Jose; Lopez, Josefa S.; Lynch, John V.; Lynch, Ronica; Mahlin, David A.; Mahlin, Sandra C.; Mariano, Agnes; Mariano, Wilfredo G.; Mason, Bianca; Mason, John; McArtor, Robert Paul; McHenry, Jami D.; McKay, Brian; McKay, Lawrence D.; McKeon, Michael; McKinney, Ronnie; Mendoza, Denise A.; Mendoza, Gabriela T.; Mendoza, Gilbert J.; Mendoza, Jr., Guillermo A.; Merkelbach, Jean; Monahan, Heather; Moore, Douglas B.; Moreau, Doug; Moreno, George R.; Mullennix, James H.; Mullennix, Jeanne K.; Nelson, Christopher L.; Newton, Gary A.; Parece, Victor; Penny, Pamela; Peternell, Christopher; Peterson, Dale W.; Peterson, Jeri S.; Pizzuto, Norma; Polanski, Mariola; Polanski, Wojciech; Premo, Cody; Premo, III, Gregory W.; Quintero-Orozco, Nancy; Rawlings,

**PARTIES SERVED BY ELECTRONIC MAIL:**

Sylvia; Rawlings, Travis; Rees, June Ann; Rees, Randall H.; Riggs, Bret E.; Roberts, Charise K.; Roberts, Todd C.; Robinson, Matthew Robert; Robinson, Tonya Dawn; Rudlin, Nigel; Rutherford, Phil; Saldana, Efrain Delarosa; Sandborn, James; Servidio, Antonio; Servidio, Sally; Singh, Jaswinder; Stapleton, Shendale R.; Stapleton, Steven A.; Stehman, Signe; Stoffels, Frank; Stoffels, Karen; Sullivan, Debbie; Sullivan, John; Thompson, Gabrielle C.; Thompson, Helen T.; Thompson, Kip M.; Thruston, Arlene; Thurston, Joseph E.; Tierney, Michael R.; Toromanova, Dimitritza; Tovar, Jesus; Tulip, Frederick; Vaeth, Joseph T.; Vaeth, Lenora M.; Vizcarra, Lauro C.; Vizcarra, Yesenia; Wallace, Steven; Wilburn, John F.; Wilburn, Rosalie W.; Zamorano, Jaime

**Email: thefferon@goodwinprocter.com**
Bank of America dba LaSalle Bank; Bank of America, N.A.; Countrywide Home Loans, Inc.; First Franklin Loan Services; First Horizon Home Loan Corp.; Recontrust Co.; Wells Fargo Bank, N.A.; Wells Fargo Bank, N.A. dba Wells Fargo Home Equity

**Email: sharon.huerta@knchlaw.com**
Martinez, Luis Carlos; Vargas, Alfonso; Villalva, Octavio

**Email: tkartchner@fclaw.com**
AIG United Guaranty Corp.

**Email: MLandman@lcbf.com**
Federal Home Loan Mortgage Corp.

**Email: wmaledon@omlaw.com**
WMC Mortgage Corp.

**Email: gmarshall@swlaw.com**
America's Servicing Co.; HSBC Mortgage Corp. (USA)

**Email: jmckeon@morganlewis.com**
Deutsche Bank National Trust Co.

**Email: jmurch@foley.com**
Federal National Mortgage Association

**Email: LNale@mayerbrown.com**
CitiMortgage, Inc.

**Email: nebeker@knchlaw.com**
Holbert, Amanda; Robinson, Jonathan E.; Robinson-Burke, Sally J.; Silvas, Rosa A.

**Email: cnewman@sonnenchein.com**
First American Title Insurance Corp.

**Email: kln@jonesvargas.com**
NDex West, LLC

**Email: rperdew@lockelord.com**
Aurora Loan Services, Inc.; Saxon Mortgage, Inc.

**Email: aperel@steptoe.com**
Met Life Group, Inc.

**Email: mprevin@buckleysandler.com**
AHMSI Default Services, Inc.; American Home Mortgage Servicing, Inc.; GE Money Bank

**Email: hreichner@reedsmith.com**
Executive Trustee Services, Inc.; Executive Trustee Services, LLC; GMAC Mortgage Group LLC; GMAC Mortgage L.L.C.; Homecomings Financial

PARTIES SERVED BY ELECTRONIC MAIL:

**Email: dsanders@ccfirm.com**
Cooper Castle Law Firm, LLP (The)

**Email: msullivan@rbslattys.com**
MTC Financial, Inc. dba Trustee Corps

**Email: dszukala@burkelaw.com**
Bank of New York Mellon (The); California Reconveyance Co.; EMC Corp. dba EMC Mortgage Corp.; J.P. Morgan Chase Bank; J.P. Morgan Chase Bank, N.A.

By /s/ [signature] (for RMB w/ permission)
Robert M. Brochin
Morgan, Lewis & Bockius LLP

*Attorneys for Defendants MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

# Judicial Panel on Multidistrict Litigation - Panel Service List for MDL 2119 - IN RE: Mortgage Electronic Registration Systems (MERS) Litigation

***** Report Key and Title Page *****

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

Docket: 2119 - Mortgage Electronic Registration Systems (MERS)
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**



Docket: 2119 - IN RE: Mortgage Electronic Registration Systems (MERS) Litigation
Status: Pending on / /
Transferee District: Judge:

Printed on 10/20/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ackerman, Neil<br>2688 South Rainbow Blvd.<br>Las Vegas, NV 89146 | =><br>Fidelity National Title Insurance Co. |
| America's Home Servicing,<br>ATTN: General Counsel<br>1525 S. Beltline Road<br>Coppell, TX 75019 | =><br>America's Home Servicing |
| American Broker's Conduit,<br>ATTN: General Counsel<br>5151 Beltline Road<br>Suite 1201<br>Dallas, TX 75254<br>*** Bad Address *** | =><br>American Broker's Conduit |
| Aurora Loan Services LLC,<br>ATTN: General Counsel<br>Aurora Loan Services<br>10350 Park Meadows Drive<br>Littleton, CO 80124 | =><br>Aurora Loan Services, LLC |
| Brochin, Robert M.<br>MORGAN LEWIS & BOCKIUS LLP<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131 | =>**Phone: (305) 415-3000 Fax: (305) 415-3001 Email: rbrochin@morganlewis.com**<br>MERSCORP Inc.*; Mortgage Electronic Registration Systems, Inc.* |
| Bryan, Richard H.<br>LIONEL SAWYER & COLLINS<br>300 South Fourth Street<br>Reno, NV 89101 | =><br>CR Title Services, Inc. |
| California Western Co,<br>ATTN: General Counsel<br>400 North Ridge Road<br>Atlanta, GA 30350<br>*** Bad Address *** | =><br>Cal-Western Reyconveyance Co. |
| Capital One,<br>1680 Capital One Drive<br>McLean, VA 22102-3407 | =><br>Capital One dba Chevy Chase Bank |
| Cayne, Howard N.<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 | =>**Phone: (202) 942-5000 Fax: (202) 942-5999 Email: howard.cayne@aporter.com**<br>Federal Housing Finance Agency* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Central Mortgage Co.<br>ATTN: General Counsel<br>801 John Barrow<br>Suite 1<br>Little Rock, AR 72205 | =><br>Central Mortgage Co. |
| Chen, Kristine H.<br>REED SMITH LLP<br>101 Second Street<br>18th Floor<br>San Francisco, CA 94105 | **=> Phone: (415) 543-8700 Fax: (415) 391-8269 Email: kchen@reedsmith.com**<br>Deutsche Bank*; MortgageIT, Inc.* |
| Dodrill, Colt B.<br>WOLFE WYMAN LLC<br>980 Kelly Johnson Drive<br>Suite 140<br>Las Vegas, NV 89119 | =><br>Taylor Bean & Whitaker Mortgage Corp. |
| Edwards, Randall W.<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823 | **=> Phone: (415) 984-8700 Fax: (415) 984-8701 Email: redwards@omm.com**<br>Ocwen Loan Servicing, LLC* |
| Fink, Jonathan D.<br>WRIGHT FINLAY & ZAK LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660 | **=> Phone: (949) 477-5050 Fax: (949) 477-9200 Email: jfink@wrightlegal.net**<br>Aztec Foreclosure Corp.*; National Default Servicing Corp.* |
| Forbes, Brian M.<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | **=> Phone: (617) 261-3152 Fax: (617) 261-3175 Email: brian.m.forbes@klgates.com**<br>Litton Loan Servicing, LP* |
| Hearne, Treva J.<br>HAGER & HEARNE<br>245 E. Liberty Street<br>Suite 110<br>Reno, NV 89501 | **=> Phone: (775) 329-5800 Fax: (775) 329-5819 Email: office@hagerhearnelaw.com**<br>Aguilar, Nellie*; Anderson, Dean*; Anderson, Samantha P.*; Andrews, Emily*; Apolinar, Jose Aurelio*; Apolinar-Lopez, Aurelio*; Arevalo, Jesus L.*; Arevalo, Joaquin*; Aufiero, Richard*; Aufiero, Sylvia T.*; Ballengee, Christopher L.*; Barba, Linda R.*; Barron, David A.*; Barron, Marcella A.*; Beauchemin, Leslie*; Beauchemin, Richard*; Beekhoff, Peter M.*; Bell, James V.*; Bennett, Justin*; Bennett, Nancy E.*; Benson, John S.*; Blake, Joan*; Branca, Valerie R.*; Brenes, Ramiro M.*; Burson, Betty J.*; Casas, Jose Trinidad*; Casas, Maria C.*; Castillo, Sr., Manuel C.*; Celone, Karen L.*; Cheney, Darrin*; Cheney, Lisa*; Cortez, Oscar G.*; Coslow, Daniel*; Cousins, Harry R.*; Dahl, David Douglas*; Dahl, Kay*; Dalton, Lacy J.*; Diaz, Rosa M.*; Diaz, Sergio*; Dimino, Charles A.*; Dimino, Kimberly A.*; Dintchev, Dimitri O.*; Dismuke, Darren*; Domdovari, Krisztina*; Epps, Michael T.*; Evenson, Michellina*; Evenson, Tyrone*; Feemster, Darryl J.*; Feemster, Vivian M.*; Filiatreau, Thomas G.*; Filiatreau, Vicki S.*; Flagg, Charles*; Flagg, Cynthia*; Frankoski, Patrick*; Gabel, Heather*; Gannon, Janice*; Garcia, Gustavo*; Goodwin, Aleta Rose*; Granados, Casimiro Jimenez*; Graves, Lyndon B.*; Gray, Bryan*; Gray, Helen*; Green, Joseph*; Hammitt, Joni Ann*; Harmon, Carleen*; Hearne, Treva J.*; Hembree, Charlene E.*; Hembree, Gary W.*; Horton, Pamela*; Hutler, David*; Jacinto, Zenaido*; Johnson, Neil M.*; Jones, Brian E.*; Jones, Joseph*; Jones, Meisa*; Kaur, Varinder*; Kelley, Robb C.*; King, Carol A.*; King, Timothy L.*; Kinney, Holly A.*; Klutz, William Dan*; Koschella, James |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | M.*; Koschella, Teresa R.*; Larkins, Gabriel*; Larkins, John E.*; Larkins, Margarita*; Leonard, Maria R.*; Lopez, Jennifer*; Lopez, Jose*; Lopez, Josefa S.*; Lynch, John V.*; Lynch, Ronica*; Mahlin, David A.*; Mahlin, Sandra C.*; Mariano, Agnes*; Mariano, Wilfredo G.*; Mason, Bianca*; Mason, John*; McArtor, Robert Paul*; McHenry, Jani D.*; McKay, Brian*; McKay, Lawrence D.*; McKeon, Michael*; McKinney, Ronnie*; Mendoza, Denise A.*; Mendoza, Gabriela T.*; Mendoza, Gilbert J.*; Mendoza, Jr., Guillermo A.*; Merkelbach, Jean*; Monahan, Heather*; Moore, Douglas B.*; Moreau, Doug*; Moreno, George R.*; Mullennix, James H.*; Mullennix, Jeanne K.*; Nelson, Christopher L.*; Newton, Gary A.*; Parece, Victor*; Penny, Pamela*; Peternell, Christopher*; Peterson, Dale W.*; Peterson, Jeri S.*; Pizzuto, Norma*; Polanski, Mariola*; Polanski, Wojciech*; Premo, Cody*; Premo, III, Gregory W.*; Quintero-Orozco, Nancy*; Rawlings, Sylvia*; Rawlings, Travis*; Rees, June Ann*; Rees, Randall H.*; Riggs, Bret E.*; Roberts, Charise K.*; Roberts, Todd C.*; Robinson, Matthew Robert*; Robinson, Tonya Dawn*; Rudlin, Nigel*; Rutherford, Phil*; Saldana, Efrain Delarosa*; Sandborn, James*; Servidio, Antonio*; Servidio, Sally*; Singh, Jaswinder*; Stapleton, Shendale R.*; Stapleton, Steven A.*; Stehman, Signe*; Stoffels, Frank*; Stoffels, Karen*; Sullivan, Debbie*; Sullivan, John*; Thompson, Gabrielle C.*; Thompson, Helen T.*; Thompson, Kip M.*; Thruston, Arlene*; Thurston, Joseph E.*; Tierney, Michael R.*; Toromanova, Dimitritza*; Tovar, Jesus*; Tulip, Frederick*; Vaeth, Joseph T.*; Vaeth, Lenora M.*; Vizcarra, Lauro C.*; Vizcarra, Yesenia*; Wallace, Steven*; Wilburn, John F.*; Wilburn, Rosalie W.*; Zamorano, Jaime* |
| Hefferon, Thomas M.<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001 | =>**Phone: (202) 346-4000 Fax: (202) 346-4444 Email: thefferon@goodwinprocter.com**<br>Bank of America dba LaSalle Bank*; Bank of America, N.A.*; Countrywide Home Loans, Inc.*; First Franklin Loan Services*; First Horizon Home Loan Corp.*; Recontrust Co.*; Wells Fargo Bank, N.A.*; Wells Fargo Bank, N.A. dba Wells Fargo Home Equity* |
| Home Capital Funding,<br>ATTN: General Counsel<br>Jade Building<br>335 Sen. Gil J. Puyat Avenue<br>Makati City, Philippines | =><br>Home Capital Funding |
| Housekey Financial,<br>931 Corporate Center Drive<br>Pomona, CA 91768-2642 | =><br>Housekey Financial Corp. |
| Huerta, Sharon A.<br>KOELLER NEBEKER CARLSON & HALUCK LLP<br>225 Broadway<br>Suite 2100<br>San Diego, CA 92101 | =>**Phone: (619) 233-1600 Fax: (619) 236-0527 Email: sharon.huerta@knchlaw.com**<br>Martinez, Luis Carlos*; Vargas, Alfonso*; Villalva, Octavio* |
| Iannelli, Gregory Bryan<br>BRYAN CAVE LLP<br>Two North Central Avenue<br>Suite 2200<br>Phoenix, AZ 85004-4406 | =>**Phone: (602) 364-7000 Fax: (602) 634-7070**<br>America's Wholesale Lender |
| Kartchner, Todd<br>FENNEMORE CRAIG PC<br>3003 North Central Avenue<br>Suite 2600<br>Phoenix, AZ 85012 | =>**Phone: (602) 916-5461 Fax: (602) 916-5661 Email: tkartchner@fclaw.com**<br>AIG United Guaranty Corp.* |
| Landman, Mark S.<br>LANDMAN CORSI BALLAINE & FORD PC | =>**Phone: (212) 238-4800 Fax: (212) 238-4848 Email: MLandman@lcbf.com**<br>Federal Home Loan Mortgage Corp.* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 120 Broadway<br>27th Floor<br>New York, NY 10271 | |
| Landmark One Stop Inc.,<br>c/o Land America Default Services<br>ATTN: General Counsel<br>6 Executive Circle, Suite 100<br>Irvine, CA 92614 | =><br>Landmark Onestop, Inc. |
| Maledon, William J.<br>OSBORN MALEDON PA<br>2929 North Central Avenue<br>Suite 2100<br>Phoenix, AZ 85012 | =>**Phone: (602) 640-9000 Fax: (602) 640-9050 Email: wmaledon@omlaw.com**<br>WMC Mortgage Corp.* |
| Marshall, Gregory J.<br>SNELL & WILMER LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 | =>**Phone: (602) 382-6514 Fax: (602) 382-6070 Email: gmarshall@swlaw.com**<br>America's Servicing Co.; HSBC Mortgage Corp. (USA)* |
| Martin, Faye<br>Corporation Trust Co. of Nevada<br>6100 Neil Road<br>Suite 500<br>Reno, NV 89511 | =><br>Western Progressive, LLC |
| McKeon, Jami Wintz<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105-1126 | =>**Phone: (415) 442-1405 Fax: (415) 442-1001 Email: jmckeon@morganlewis.com**<br>Deutsche Bank National Trust Co.* |
| Murch, Jill L.<br>FOLEY & LARDNER LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL 60654 | =>**Phone: (312) 832-4500 Fax: (312) 832-4700 Email: jmurch@foley.com**<br>Federal National Mortgage Association* |
| Nale, Lucia<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | =>**Phone: (312) 782-0600 Fax: (312) 701-7711 Email: LNale@mayerbrown.com**<br>CitiMortgage, Inc.* |
| Nebeker, William A.<br>KOELLER NEBEKER CARLSON & HALUCK LLP<br>3200 North Central Avenue<br>Suite 2300<br>Phoenix, AZ 82012 | =>**Phone: (602) 256-0000 Fax: (602) 256-2488 Email: nebeker@knchlaw.com**<br>Holbert, Amanda*; Robinson, Jonathan E.*; Robinson-Burke, Sally J.*; Silvas, Rosa A.* |
| Newman, Charles A.<br>SONNENSCHEIN NATH & ROSENTHAL LLP | =>**Phone: (314) 259-5399 Fax: (314) 259-5959 Email: cnewman@sonnenschein.com**<br>First American Title Insurance Corp.* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Metropolitan Square<br>Suite 3000<br>St. Louis, MO 63102 | |
| Nielson, Karl L.<br>JONES VARGAS<br>3773 Howard Hughes Parkway<br>3rd Floor South<br>Las Vegas, NV 89109 | =>**Phone: (702) 862-3300 Fax: (702) 737-7705 Email: kln@jonesvargas.com**<br>NDex West, LLC* |
| Option One Mortgage Corp.<br>ATTN: General Counsel<br>3 Ada<br>Irvine, CA 92618 | =><br>Option One Mortgage Corp. |
| Perdew, P. Russell<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | =>**Phone: (312) 443-1712 Fax: (312) 896-6712 Email: rperdew@lockelord.com**<br>Aurora Loan Services, Inc.*; Saxon Mortgage, Inc.* |
| Perel, Andrew J.<br>STEPTOE & JOHNSON LLP<br>750 Seventh Avenue<br>New York, NY 10019 | =>**Phone: (212) 506-3906 Fax: (212) 506-3967 Email: aperel@steptoe.com**<br>Met Life Group, Inc.* |
| Pittinsky, David H.<br>BALLARD SPAHR ANDREWS & INGERSOLL LLP<br>1735 Market Street<br>Philadelphia, PA 19103 | =>**Phone: (215) 665-8500**<br>National City Bank; National City Corp.; National City Mortgage; PNC Financial Services, Inc. |
| Previn, Matthew P.<br>BUCKLEY SANDLER LLP<br>1250 24th Street, NW<br>Suite 700<br>Washington, DC 20037 | =>**Phone: (202) 349-8090 Fax: (202) 349-8080 Email: mprevin@buckleysandler.com**<br>AHMSI Default Services, Inc.*; American Home Mortgage Servicing, Inc.*; GE Money Bank* |
| Quality Loan Service Corp.<br>ATTN: General Counsel<br>2141 5th Avenue<br>San Diego, CA 92101 | =><br>Quality Loan Service Corp. |
| Reichner, Henry F.<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301 | =>**Phone: (215) 851-8266 Fax: (215) 851-1420 Email: hreichner@reedsmith.com**<br>Executive Trustee Services, Inc.*; Executive Trustee Services, LLC*; GMAC Mortgage Group LLC*; GMAC Mortgage L.L.C.*; Homecomings Financial* |
| Sanders, David B.<br>820 South Valley View Blvd.<br>Las Vegas, NV 89107 | =>**Phone: (702) 435-4175 Fax: (702) 877-7424 Email: dsanders@ccfirm.com**<br>Cooper Castle Law Firm, LLP (The)* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Saxon Mortgage Corp.,<br>ATTN: General Counsel<br>P.O. Box 163405<br>Forth Worth, TX 76161 | =><br>Saxon Mortgage Corp. |
| Schuler-Hintz, Kristin A.<br>MCCARTHY & HOLTHUS LLP<br>811 South Sixth Street<br>Las Vegas, NV 89101 | =><br>MidFirst Bank; Midland Mortgage Co.; Quality Loan Service Corp. |
| Security Union Title,<br>171 North Clark Street<br>8th Floor<br>Chicago, IL 60601 | =><br>Security Union Title Insurance Co. |
| Soderstrom, Kevin<br>WILDE & ASSOCIATES<br>208 S. Jones Blvd.<br>Las Vegas, NV 89107 | =><br>Gale Group dba T.D. Financial Services |
| Sullivan, Michael E.<br>ROBINSON BELAUSTEGUI SHARP & LOW<br>71 Washington Street<br>Reno, NV 89503 | => **Phone: (775) 329-3151 Fax: (775) 329-7941 Email: msullivan@rbslattys.com**<br>MTC Financial, Inc. dba Trustee Corps* |
| Suntrust Mortgage Inc.,<br>ATTN: General Counsel<br>P.O. Box 26149<br>Richmond, VA 23260-6149 | =><br>SunTrust Mortgage, Inc. |
| Szukala, Danielle J.<br>BURKE WARREN MACKAY & SERRITELLA PC<br>330 N. Washash Avenue<br>Floor 22<br>Chicago, IL 60611 | => **Phone: (312) 840-7000 Fax: (312) 840-7900 Email: dszukala@burkelaw.com**<br>Bank of New York Mellon (The)*; California Reconveyance Co.*; EMC Corp. dba EMC Mortgage Corp.*; J.P. Morgan Chase Bank*; J.P. Morgan Chase Bank, N.A.* |
| T.D. Service Corp.,<br>ATTN: General Counsel<br>1820 E. First Street<br>Suite 210<br>Santa Anna, CA 92705 | =><br>T.D. Service Corp. |
| Wilde, Gregory L.<br>WILDE & ASSOCIATES<br>208 South Jones Blvd.<br>Las Vegas, NV 89107 | =><br>IB Property Holdings, LLC; T.D. Service Co. |