# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALLY KELLEY et al., ) | |
| Plaintiffs, ) | |
| ) | 3:10-cv-00192-RCJ-VPC |
| vs. ) | |
| GENUINE TITLE et al., ) | ORDER |
| Defendants. ) | |

This case arises out of the foreclosure of Plaintiffs' mortgage. Several motions are pending before the Court. The Judicial Panel on Multidistrict Litigation has transferred the case to the District of Arizona for pretrial proceedings in Case No. 2:09-md-02119-JAT and has simultaneously separated and remanded all causes of action not related to the formation and operation of the MERS system. Judge Teilborg has not yet issued a partial remand order in this case. Until he does so, the Court lacks jurisdiction to rule on the pending motions. Accordingly,

## CONCLUSION

IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice. Upon remand from Case No. 2:09-md-02119-JAT, Plaintiffs shall file a copy of the partial remand order into the docket within seven days. This order is not a preliminary injunction.

Dated this 4th of February, 2011.

_____
ROBERT C. JONES
United States District Judge